UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW WORLD MEDICAL INC. et al.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSURGICAL TECHNOLOGY INC.,<br><br>Defendant. | CASE NO.  2:20-cv-01621-RAJ-BAT<br><br>**ORDER GRANTING<br>DEFENDANT'S MOTION TO STAY** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**;
2. Defendant Microsurgical Technology, Inc.'s Motion to Stay Pending Post-Grant Review (Dkt. 30) is **GRANTED**; this case is **STAYED** pending post-grant review or until further order of this Court.
3. This case is reassigned to Judge Tsuchida for further proceedings.
4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 12th day of March, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO STAY - 1