UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW WORLD MEDICAL INC. et al.,<br><br>              Plaintiff,<br><br>   v.<br><br>MICROSURGICAL TECHNOLOGY INC.,<br><br>             Defendant. | CASE NO.  2:20-cv-01621-RAJ-BAT<br><br>**ORDER LIFTING STAY** |

Plaintiffs New World Medical, Inc. and The Regents of the University of Colorado and Defendant MicroSurgical Technology, Inc. ("MST") have informed the Court that on August 12, 2021, the Patent Trial and Appeal Board ("PTAB") denied MST's motion for reconsideration of its denial of MST's petition for post-grant review. The PTAB process

ORDER LIFTING STAY - 1

has therefore concluded and the parties jointly ask the Court to lift the stay. Dkt. 52.

Accordingly, it is **ORDERED** that the stay ordered by this Court on March 12, 2021 (Dkt. 46) is **lifted**.

DATED this 10th day of September, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER LIFTING STAY - 2