UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW WORLD MEDICAL INC., THE REGENTS OF THE UNIVERSITY OF COLORADO,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSURGICAL TECHNOLOGY INC.,<br><br>　　　　　Defendant. | CASE NO.  2:20-cv-01621-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINES** |

Pursuant to the Parties' Stipulated Motion to Continue Joint Claim Chart and Prehearing Statement and Construction Expert Disclosure Deadlines (Dkt. 66), and for good cause shown, it is **ORDERED**:

1. The Parties' Stipulated Motion to Continue Joint Claim Chart and Prehearing Statement and Construction Expert Disclosure Deadlines (Dkt. 66) is **GRANTED**.

2. The deadline for the parties to file their Joint Claim Chart and Prehearing Statement is **CONTINUED** from April 11, 2022 to **April 18, 2022**.

3. The deadline for the Parties to serve their Construction Expert Disclosures is **CONTINUED** from April 11, 2022 to **April 18, 2022**.

DATED this 11th day of April, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO CONTINUE DEADLINES - 1