UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW WORLD MEDICAL INC., THE REGENTS OF THE UNIVERSITY OF COLORADO,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSURGICAL TECHNOLOGY INC.,<br><br>　　　　　　Defendant. | CASE NO.  2:20-cv-01621-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

　　　Plaintiffs New World Medical, Inc. and The Regents of the University of Colorado, a body corporate (collectively "Plaintiffs"), and Defendant MicroSurgical Technology Inc. ("Defendant") (Plaintiffs and Defendant collectively "Parties"), move the Court to extend all remaining docketed deadlines in the Scheduling Order (Dkt. 63) by sixty (60) days as the parties have reached a settlement agreement in principle and are in the process of reducing their agreement to writing. Dkt. 74.

　　　Based on the parties' stipulated motion and for good cause shown, the Court GRANTS the motion and sets the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Completion of Claim Construction Discovery | **August 31, 2022** |
| Parties to file Opening Claim Construction Briefs | **September 2, 2022** |

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINES - 1

| | |
|---|---|
| Parties to file Responsive Claim Construction Briefs | **September 19, 2022** |
| Tutorial (if necessary) | To be set by the Court |
| Claim Construction Hearing | To be set by the Court |
| Close of Fact Discovery | 60 Days After Claim Construction Order |
| Parties to Exchange Initial Expert Reports | 90 Days After Claim Construction Order |
| Parties to Exchange Supplemental Expert Reports | 120 Days After Claim Construction Order |
| Close of Expert Discovery | 150 Days After Claim Construction Order |
| Parties to file case dispositive motions and/or Daubert motions | 180 Days After Claim Construction Order |
| Trial | To be set by the Court |

DATED this 27th day of July, 2022.

_[signature]_
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINES - 2