1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5
6
7

NEW WORLD MEDICAL INC., THE
REGENTS OF THE UNIVERSITY OF
COLORADO,

CASE NO.  2:20-cv-01621-RAJ-BAT

8

Plaintiffs,

**ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINES**

9

v.

10

MICROSURGICAL TECHNOLOGY INC.,

11

Defendant.

12    Plaintiffs New World Medical, Inc. and The Regents of the University of Colorado, a

13   body corporate (collectively "Plaintiffs"), and Defendant MicroSurgical Technology Inc.

14   ("Defendant") (Plaintiffs and Defendant collectively "Parties"), move the Court to extend all

15   remaining docketed deadlines in the Scheduling Order (Dkt. 63) by an additional thirty (3) days

16   while the parties finalize their settlement agreement. Dkt. 76.

17    Based on the parties' stipulated motion and for good cause shown, the Court GRANTS

18   the motion and sets the following deadlines:

19
20
21
22
23

| EVENT | DEADLINE |
|---|---|
| Completion of Claim Construction Discovery | **September 30, 2022** |
| Parties to file Opening Claim Construction Briefs | **October 2, 2022** |
| Parties to file Responsive Claim Construction Briefs | **October 19, 2022** |

| Tutorial (if necessary) | To be set by the Court |
| --- | --- |
| Claim Construction Hearing | To be set by the Court |
| Close of Fact Discovery | 60 Days After Claim Construction Order |
| Parties to Exchange Initial Expert Reports | 90 Days After Claim Construction Order |
| Parties to Exchange Supplemental Expert Reports | 120 Days After Claim Construction Order |
| Close of Expert Discovery | 150 Days After Claim Construction Order |
| Parties to file case dispositive motions and/or Daubert motions | 180 Days After Claim Construction Order |
| Trial | To be set by the Court |

DATED this 31st day of August, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINES - 2