UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW WORLD MEDICAL INC., THE REGENTS OF THE UNIVERSITY OF COLORADO,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSURGICAL TECHNOLOGY INC.,<br><br>Defendant. | CASE NO.  2:20-cv-01621-RAJ-BAT<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION TO STAY DUE TO SETTLEMENT** |

      Plaintiffs New World Medical, Inc. and The Regents of the University of Colorado, a body corporate (collectively "Plaintiffs"), and Defendant MicroSurgical Technology Inc. ("Defendant") (collectively "Parties"), jointly stipulate to stay all case deadlines pending dismissal of the case due to settlement. Dkt. 78. As indicated in the Parties' prior joint requests (*see*, *e.g.*, Dkt. 74), the Parties reached a settlement in principle after an in-person mediation. Dkt. 78 at 1. As of October 3, 2022, the Parties are in the process of executing a final settlement agreement, which will result in a dismissal with prejudice. The Parties' have agreed that the dismissal must be filed within five days of execution of the settlement agreement. *Id*.

      Based on the Parties' Stipulation and for good cause shown, it is here **ORDERED** that the Parties' Joint Motion to Stay Due to Settlement (Dkt. 78) is **GRANTED**. It is further

ORDER GRANTING PARTIES'
STIPULATED MOTION TO STAY DUE TO
SETTLEMENT - 1

**ORDERED** that all case deadlines are hereby **STAYED** and taken off calendar based on the Parties' representation that a dismissal of this case will be filed within five days of execution of the Parties' settlement agreement.

DATED this 4th day of October, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge